# DUMMY DOCUMENT 3