5/29/2014                              $39.95 for Heating OR Air Conditioning Inspection, Tune-Up and Cleaning! | Angie's List Deals



### Search the List  >  Shop Deals  >  Stoudenmire Heating & Air  >  $39.95 for Heating OR Air Conditioning Inspection, Tune-Up and Cleaning!

# $39.95 for Heating OR Air Conditioning Inspection, Tune-Up and Cleaning!
Stoudenmire Heating & Air │ A Grade │ 24 Reviews

## $39.95

**Buy It Now**

| $102.50 | 61% | 1 day |
|---|---|---|
| VALUE | SAVINGS | remaining |



## Deal Details

Stoudenmire Heating & Air, a highly rated service provider on Angie's List, is offering a furnace OR air-conditioner inspection, tune-up and cleaning for only $39.95! This service is normally valued at $102.50, saving Angie's List members $62.55! If you would like to get both your furnace and air-conditioner tuned-up, you you are welcome to purchase an additional coupon. The tune-up includes a 25-point inspection for both your heating and air-conditioning system.

**A/C Systems, Gas Furnace Systems or Heat Pump Systems will include some of the following checks:**
- Check indoor cooling exchange coil
- Test refrigerant metering device
- Sanitize and clean cooling coil drain
- Check air distribution
- Clean air filters
- Inspect electrical connections
- Test electrical safety controls
- Analyze temperature difference across cooling coil/heat exchanger
- Check outdoor condenser coil
- Test air conditioner compressor
- Check calibration of thermostat & heat anticipator setting
- Lubricate fan motor
- Inspect contactors
- Test capacitors and relays
- Test time delay device
- Test high and low pressure switches
- Adjust operating pressures
- Analyze voltage differences & amperage draw
- Check blower fan for tightness
- Check air handler blower
- Adjust and clean burners
- Inspect furnace chimney or vent
- Inspect for corrosion, treat surface
- Inspect motor belts and pulleys
- Test for gas leakage and supply pressure
- Test for carbon monoxide presence
- Test operation of emergency gas shutoff valves
- Adjust gas manifold pressure
- Verify current heat exchanger integrity
- Clean combustion chamber
- Test thermocouple or flame sensing device
- Test refrigerant metering device
- Test back-up heater for proper timer sequence
- Test crankcase heater

*Every purchase is backed by Angie's List exclusive*
## Rapid Connect

Buy today and Stoudenmire Heating & Air will contact you on or before Monday, 06/02/2014.

**The Fine Print**
- Not valid for cash back
- Coupon cannot be combined with other specials or offers
- Coupon cannot be applied to current or past jobs
- Coupon is for residential service only
- Appointments are to be performed during normal business hours
- Coupon expires 6 months from date of purchase

5/29/2014                                      $39.95 for Heating OR Air Conditioning Inspection, Tune-Up and Cleaning! | Angie's List Deals

- Check for proper operation of outdoor thermostat

**Provided By: Stoudenmire Heating & Air**

## Ratings
HEATING & A/C

| Category Overall | A |
|---|---|
| Overall | A |
| Price | A |
| Quality | A |
| Responsiveness | A |
| Punctuality | A |
| Professionalism | A |

## Company Info

**On Angie's List Since:**
2008

**Current Grade:**
A Rated

**Number of Reviews:**
24

**Address:**
PO Box 4558
Columbia, SC 29240

## Recent Reviews
HEATING & A/C                                                                 See All Reviews

  5/15/2014
None

  4/5/2014
It was good. He was honest. It wasn't what I wanted to hear. He explained things very thoroughly. He pretty much told me that it would make it through this winter but it probably won't make it through next winter. Actually, he was very professional. I liked them. He was really detailed oriented. He actually made some suggestions on what I can do and not do, such as buying a carbon monoxide detector. He said because if it's shooting out carbon monoxide, you would want to know if it's coming in the house.

  3/10/2014
Exceptional Personnel. He took the time to explain the operation of the equipment and the length of time to pass before i need to have it serviced again. Very pleased with the service...

  2/4/2014
.

  1/7/2014
Service was prompt, cooperative, successful

  1/6/2014
Service person was on time and polite.  Immediately set to work and communicated in a manner that was easy to understand.  Changed filters in ceiling that I couldn't reach with ceiling height.  Let me know what I needed to do to get stand alone gas fireplace inspected and working.

| My Angie | My Account | Member Resources | More Angie's List | About Us |
|---|---|---|---|---|
| My Favorites | Manage My Account | Local Deals | Angie's List Answers | FAQ |
| My Purchase History | Contact Preferences | Member Benefits | Angie's List Magazine | Contact Us |
| My Search History | Invite a Friend | The Big Deal™ Website | Angie's List Videos | Angie Hicks |
| My Reviews | Gift Memberships | All Categories | iPhone and iPad App | Press Center |
| My Complaint Resolutions |  | Write a Review | Android App | Careers |
|  |  |  |  | Investor Relations |

Connect with us 1 (888) 888-LIST

© Copyright 1995-2014, Angie's List.  All Rights Reserved.   | Privacy Policy  | Membership Agreement (revised 4/25/2012)

http://deals.angieslist.com/deal/39-95-for-heating-or-air-conditioning-inspection-tune-up-and-cleaning.htm?storefrontitemid=jTx9f%2FvHNXValLMHPFl7YA%3…        2/2